CORY PORTER,

        Plaintiff,

v.                                CASE NO. 8:09-CV-753-T-17TGW

KRISTIN GONZALEZ,

        Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 1  Verified Petition
Dkt. 22 Report and Recommendation
Dkt. 24 Notice of Filing Joint Stipulation for
        Entry of Order Upon Report and
        Recommendation and Return of Minor
        Child's Passport

        This case is a petition brought pursuant to The Convention
on the Civil Aspects of International Child Abduction, which is
embodied in the International Child Abduction Remedies Act
("ICARA"), 42 U.S.C. Secs. 11601-11610. Petitioner Cory Porter
seeks the return of his son, CP, to Australia, their habitual
residence.

        The assigned Magistrate Judge conducted an evidentiary
hearing on May 29, 2009, and issued a Report and Recommendation
on June 16, 2009, in which it is recommended that the Verified
Petition for Return of Child to Petitioner be granted, and that,
in accordance with Article 1a of the Convention, CP be returned
promptly to Australia.

Petitioner and Respondent have filed a Joint Stipulation in which the parties waive the ten-day period to file objections to the Report and Recommendations. Petitioner and Respondent seek the immediate entry of an Order affirming the Report and Recommendation, and the immediate release of the minor child's passport to Petitioner, Cory Porter.

The Court notes that the minor child's passport has been deposited with the Clerk of Court. In the Verified Petition, Petitioner Cory Porter requests the following relief:

> a. an Order directing a prompt return of the child to his habitual residence in Australia;
>
> ....
>
> d. an Order directing Kristin Gonzalez to pay Cory Porter's legal costs and fees;
>
> e. any such further relief as justice and its cause may require.

In the Verified Petition, Petitioner Cory Porter seeks the award of all legal costs and fees pursuant to 42 U.S.C. Sec. 11607. The Court directs Petitioner and Respondent to confer and attempt to reach a stipulation as to the fees and costs. If the parties cannot reach a stipulation, a motion for attorney's fees and costs shall be filed within ten days of this Order, and a response shall be filed within ten days of the motion.

After consideration of the Joint Stipulation, the Court adopts the Report and Recommendation, which is incorporated herein by reference. Accordingly, it is

Case No. 8:09-CV-753-T-17TGW

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated by reference.** The Verified Petition is **granted,** and the minor child, CP, shall be returned to his habitual residence in Australia. It is further

**ORDERED** that the Clerk of Court shall release the passport of the minor child to Petitioner, Cory Porter. It is further

**ORDERED** that Petitioner and Respondent shall attempt to reach a stipulation as to attorney's fees and costs. If the parties do not reach a stipulation, Petitioner shall file a motion for attorney's fees and costs within ten days of this Order, and Respondent shall file a response within ten days. The Court **reserves jurisdiction** for the award of attorney's fees and costs. The Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of June, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record