UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORY PORTER,

    Petitioner,

v.                    CASE NO. 8:09-CV-753-T-17TGW

KRISTIN GONZALEZ,

    Respondent.
_____/

ORDER

This cause is before the Court on:

Dkt. 33 Report and Recommendation

The complaint in this case was a Verified Petition for Return of Child, pursuant to the Hague Convention and the International Child Abduction Remedies Act, 42 U.S.C. Sec. 11603. Petitioner's Motions for Attorney's Fees and Costs was referred to the assigned Magistrate Judge for a hearing and a report and recommendation. After Respondent filed a response to Petitioner's Motions, a hearing was conducted. (Dkt. 32). A Report and Recommendation has been entered which recommends that Petitioner's Motions (Dkts. 27, 29) be denied, due to lack of substantiation.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

Case No. 8:09-CV-753-T-17TGW

**ORDERED** that the Report and Recommendation (Dkt. 33) is **adopted and incorporated** by reference, and Petitioners' Motions for Attorney's Fees and Costs are **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 20th day of October, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record